CO-386-online
10/03

# United States District Court
# For the District of Columbia

MuckRock, LLC )
)
)
)
Plaintiff )
vs )  Civil Action No. __14-997_____
)
Central Intelligence Agency )
)
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __MuckRock, LLC_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __n/a_____ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____[signature]_____
Signature

__984704_____   Kelly McClanahan_____
BAR IDENTIFICATION NO.                Print Name

                                     1200 South Courthouse Road, Suite 124
                                     Address

                                     Arlington      VA       22204
                                     City          State    Zip Code

                                     301-728-5908_____
                                     Phone Number