UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MUCKROCK, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. 1:14-cv-00997 (KBJ) |
| CENTRAL INTELLIGENCE AGENCY, | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PROOF OF SERVICE**

Plaintiff attaches Proof of Service for Defendant Central Intelligence Agency ("CIA"). The Court should consider service of the Complaint to have been effected on 23 June 2014, based on the attached information from the U.S. Postal Service's tracking system.

Tracking No. 9507100000564167000306 – U.S. Attorney for the District of Columbia

Tracking No. 9507100000564167000313 – U.S. Attorney General

Tracking No. 9507100000564167000320 – CIA

As the Court can see, all three of these Certified Mail packages—each clearly marked "Service of Process"—were scanned within a three-minute period at the Self-Service Kiosk at the U.S. Post Office in Annandale, VA, on 16 June 2014.  The two packages addressed to the U.S. Attorney for the District of Columbia and CIA were immediately deposited into the mail slot inside the Annandale Post Office upon scanning.[1]  For unknown reasons, neither of these packages were scanned by the Annandale Post Office, and the undersigned reported the problem

---

[1] The package addressed to the U.S. Attorney General was not mailed until 18 June 2014 because the undersigned had to wait for the Clerk to issue a summons which was missing from the original issue.

to the Annandale Postmaster on 19 June 2014.  On 20 June 2014, the packages addressed to the U.S. Attorney for the District of Columbia and the U.S. Attorney General were scanned before being delivered and again upon delivery.  The package addressed to CIA has never been scanned, despite being dropped into the Annandale Post Office's internal mail slot at the exact same time as the package addressed to the U.S. Attorney for the District of Columbia.  Neither has it been returned to the undersigned as of this writing.  The undersigned again reported this problem to the Annandale Postmaster on 2 July 2014, but has received no response.

     Because two copies of the Complaint have been shown to have been delivered to the U.S. Attorney for the District of Columbia and the U.S. Attorney General, respectively, and because it is likely from the evidence that the Complaint addressed to CIA has also been delivered, even though the U.S. Postal Service's tracking system does not reflect delivery, the Court should consider service of the Complaint to have been properly effected.[2]

---

[2] In support of this finding, the Court should consider that CIA does not allow personal service of legal papers, nor does it even provide a street address for mail to be sent to, leading to not-infrequent problems with service of process (this is far from the first time the undersigned has seen mail directed at CIA appear to disappear into the ether).  When an agency knowingly makes it difficult to serve it with legal process, the Court should take that fact into consideration if the appropriate U.S. Attorney and the U.S. Attorney General have demonstrably been served and the agency itself is the exception.

Date:   July 8, 2014

                                        Respectfully submitted,

                                        /s/ Kelly B. McClanahan  
                                        Kelly B. McClanahan, Esq.  
                                        D.C. Bar #984704  
                                        National Security Counselors  
                                        1200 South Courthouse Road  
                                        Suite 124  
                                        Arlington, VA  22204  
                                        301-728-5908  
                                        240-681-2189 fax  
                                        Kel@NationalSecurityLaw.org

                                        *Counsel for Plaintiffs*

English Customer Service USPS Mobile Register / Sign In

USPS.COM

Search USPS.com or Track Packages

Quick Tools Ship a Package Send Mail Manage Your Mail Shop Business Solutions

# USPS Tracking™

Customer Service ›
Have questions? We're here to help.

**Tracking Number:** 9507100000564167000306

**Expected Delivery Day:** Wednesday, June 18, 2014

## Product & Tracking Information

**Postal Product:** First-Class Mail®
**Features:** Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **June 23, 2014 , 5:08 am** | **Delivered** | **WASHINGTON, DC 20530** |
| Your item was delivered at 5:08 am on June 23, 2014 in WASHINGTON, DC 20530. | | |
| June 20, 2014 , 12:38 pm | Available for Pickup | WASHINGTON, DC 20530 |
| June 20, 2014 , 12:33 pm | Arrival at Unit | WASHINGTON, DC 20018 |
| June 16, 2014 , 2:31 pm | Acceptance (SSK) | ANNANDALE, VA 22003 |

## Available Actions

Text Updates

Email Updates

**Tracking Number:** 9507100000564167000313

**Expected Delivery Day:** Wednesday, June 18, 2014

## Product & Tracking Information

**Postal Product:** First-Class Mail®
**Features:** Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **June 23, 2014 , 5:08 am** | **Delivered** | **WASHINGTON, DC 20530** |
| Your item was delivered at 5:08 am on June 23, 2014 in WASHINGTON, DC 20530. | | |
| June 20, 2014 , 12:38 pm | Available for Pickup | WASHINGTON, DC 20530 |
| June 20, 2014 , 12:29 pm | Arrival at Unit | WASHINGTON, DC 20018 |
| June 16, 2014 , 2:32 pm | Acceptance (SSK) | ANNANDALE, VA 22003 |

## Available Actions

Text Updates

Email Updates

**Tracking Number:** 9507100000564167000320

**Expected Delivery Day:** Wednesday, June 18, 2014

## Product & Tracking Information

**Postal Product:** First-Class Mail®
**Features:** Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **June 16, 2014 , 2:33 pm** | **Acceptance (SSK)** | **ANNANDALE, VA 22003** |
| The U.S. Postal Service has received electronic notification from our Self-Service Kiosk (SSK) in ANNANDALE, VA 22003 on June 16, 2014 to expect your shipment for mailing. No further information is available for this item. | | |

## Available Actions

Text Updates

Email Updates

## Track Another Package

What's your tracking (or receipt) number?

Track It

