UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUCKROCK, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:14-CV-00997 (KBJ) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Marcia K. Sowles, U.S. Department of Justice, at the address and telephone number listed below, hereby enters her appearance as counsel for the defendant in this case.

    Respectfully submitted,

    STUART F. DELERY
    Assistant Attorney General

    ELIZABETH J. SHAPIRO
    Deputy Branch Director

    s/Marcia K. Sowles
    MARCIA K. SOWLES
    DC Bar No. 369455
    Senior Counsel
    United States Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Avenue N.W.  Room 7114
    Washington, D.C.  20530
    Tel.: (202) 514- 4960
    Fax: (202) 616- 8470
    E-mail:  marcia.sowles@usdoj.gov

    Attorneys for Defendant