UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUCKROCK, LLC, )<br>)<br>　　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>)<br>CENTRAL INTELLIGENCE AGENCY )<br>)<br>　　　　　Defendant. ) | Civil Action No.<br>1:14-CV-00997 (KBJ) |

## JOINT STATUS REPORT

On March 23, 2018, this Court entered a Minute Order requiring the parties to file a joint status report by April 6, 2017, "which identifies those withholdings, if any, that Plaintiff challenges with respect to Count 1, and which provides an estimate of the length of time that the [Central Intelligence Agency ("CIA")] will need to produce the documents with respect to Count 3." Pursuant to that order, Defendant CIA and Plaintiff MuckRock, LLC, submit this joint status report.

1.　　Count 1: CIA has identified for MuckRock six categories of records which were withheld in full: a) Internal correspondence regarding the evaluation of potentially responsive documents and how to treat the information in the responsive documents; b) Referral/coordination request letters from other government agencies; c) Responses to/from other agencies regarding referral and coordination requests; d) Lists and summaries of responsive or potentially responsive records; e) Draft FOIA response

1

letters; and f) Privacy Act request forms and individual queries.  MuckRock is currently challenging all pages in Categories (a)-(d) from this list.  MuckRock is also challenging all redactions which fall within one of these four categories.[1]  Until CIA provides a *Vaughn* index and sworn declaration identifying which withholdings fall within which categories, MuckRock cannot identify the challenged withholdings with any greater specificity.  Once CIA has provided this additional information, MuckRock may elect to reduce the number of withholdings being challenged.

Defendant CIA states that a *Vaughn* index is not required until the agency files a motion for summary judgment.  *Stimac v. DOJ*, 620 F. Supp. 212, 213 (D.D.C. 1985).  Further, preparation of a *Vaughn* in advance of filing for summary judgment would not save the parties or the Court time because the majority of the work necessary for summary judgment is in the preparation of the Vaughn index and supporting declaration.

2. <u>Count 3</u>: Count 3 relates to MuckRock's request (F-2014-00371) for all "CIA regulatory issuances included in the internal Agency-wide regulatory database located in the Classified Management and Collaboration Group."  The CIA anticipates that it will begin production within the next three months and complete production by the end of December 2018.  The CIA has identified the universe of documents responsive to Count 3 of Plaintiff's request.  As explained further below, based on the nature and volume of the documents at issue, the CIA's review and production of the requested documents has been and will continue to be a significant undertaking in the amount of time and coordination necessary.  In particular, the corpus of CIA Regulations cross-reference each

---

[1] To clarify, if withheld text falls within one of these categories, *all* of CIA's exemption claims for it are being challenged at this point, not just Exemption (b)(5).

other to a significant extent, such that determinations as to one document or one part of one document may require analogous treatment of portions of any number of related or cross-referenced documents.  In addition, because the regulations touch upon all elements of the CIA, from administration to operations, the degree of internal coordination among CIA offices and components is in some ways unprecedented, and the final review and sign off process will require senior level concurrence.

Currently, the CIA is completing an initial review and coordination of the responsive materials designed to identify which of the following three categories each document fall into: documents that may be released in full (or substantially in full), those that may be released in part, and those that must be withheld in full.  Once that initial process is complete, the CIA will undertake several steps to facilitate production as quickly as possible.  First, the CIA will focus on documents falling into the first category – those slated for release in full.  Because documents of this nature require several levels of review by offices across the CIA, the CIA anticipates it will begin production within the next 3 months.

To begin processing Count 3, officers in the Litigation Review Office ("LIRO") conducted an initial review of the responsive documents.  Each directorate's information review shop was then tasked to review LIRO's treatment of the regulations falling within that directorate's area of responsibility and to request any changes to LIRO's initial treatment of the regulations.  Senior officers then sat together and went through each regulation as a group, in order to ensure consistency and to identify any concerns raised by the collection of information released in individual regulations when taken as a whole across all releasable regulations.  The Office of General Counsel is now in the process of

reviewing the documents, which will then be returned to the LIRO for final edits.  The CIA anticipates it will be able to complete the release of this first category this summer.

With regard to the documents falling into the release in part category, many of the documents responsive to this request cross reference information in other documents as noted above, which will require several rounds of review of the remaining documents to ensure that withholdings are consistent throughout.  Because of the large volume of documents falling in this category the review has taken and will continue to take substantial amount of time.  The CIA believes that it will complete production on Count 3 by the end of December 2018.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

s/Marcia K. Sowles
MARCIA K. SOWLES
DC Bar No. 369455
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 7114
Washington, D.C.  20530
Tel.: (202) 514-4960
Fax: (202) 616- 8470
E-mail:  marcia.sowles@usdoj.gov

Attorneys for Defendant

 /s/ Kelly B. McClanahan
KELLY B. MCCLANAHAN
D.C. Bar No. 984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
Tel.: (301) 728-5908
Fax: (240) 682-2189
E-mail: kel@nationalsecuritylaw.org

Attorney for Plaintiff