UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUCKROCK, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:14-CV-00997 (KBJ) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

On April 10, 2018, this Court entered a Minute Order requiring the parties to file a joint status report by July 13, 2018, on the status of the Central Intelligence Agency's ("CIA's") production of documents with respect to Count 3. Pursuant to that order, Defendant CIA and Plaintiff MuckRock, LLC, submit this joint status report:

1. Count 3 relates to MuckRock's request (F-2014-00371) for all "CIA regulatory issuances included in the internal Agency-wide regulatory database located in the Classified Management and Collaboration Group." As explained in the Joint Status Report submitted on April 6, 2018 (ECF No. 48), based on the nature and volume of the documents at issue, the CIA's review and production of the requested documents has been and will continue to be a significant undertaking in the amount of time and coordination necessary. *Id.* at 2-3.

1

2. In the Joint Status Report, the CIA stated that it anticipated that it would begin production within the next three months and complete production by the end of December 2018. *Id.* at 2.

3. The CIA is currently in the process of finalizing its first production. It anticipates making the first production by July 31, 2018. The CIA still anticipates completing production by the end of December 2018.

4. The parties agree to file another joint status report on September 13, 2018, updating the Court on the status of the production.

    Respectfully submitted,

    CHAD A. READLER
    Acting Assistant Attorney General

    ELIZABETH J. SHAPIRO
    Deputy Branch Director

    s/Marcia K. Sowles
    MARCIA K. SOWLES
    DC Bar No. 369455
    Senior Trial Counsel
    United States Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Avenue N.W.  Room 7114
    Washington, D.C.  20530
    Tel.:   (202)   514-4960
    Fax: (202) 616- 8470
    E-mail:  marcia.sowles@usdoj.gov

    Attorneys for Defendant

    s/Kelly B. McClanahan
    KELLY B. MCCLANAHAN
    D.C. Bar No. 98704

National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
Tel.: (301) 728-5908
Fax: 240-682-2189
E-mail: kel@nationalsecuritylaw.org

Attorney for Plaintiff