UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUCKROCK, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:14-CV-00997 (KBJ) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

On September 18, 2018, this Court entered a Minute Order requiring the parties to file a joint status report by December 7, 2018, on the status of the Central Intelligence Agency's ("CIA's") production of documents with respect to Count 3. The order stated the report should include a proposed schedule for further proceedings if litigation is going to be necessary. Pursuant to that order, Defendant CIA and Plaintiff MuckRock, LLC, submit this joint status report:

1.  Count 3 relates to MuckRock's request (F-2014-00371) for all "CIA regulatory issuances included in the internal Agency-wide regulatory database located in the Classified Management and Collaboration Group." As explained in the Joint Status Report submitted on April 6, 2018 (ECF No. 48), based on the nature and volume of the documents at issue, the CIA's review and production of the requested documents has

been and will continue to be a significant undertaking in the amount of time and coordination necessary. *Id.* at 2-3.

2. As stated in the Joint Status Report submitted on September 13, 2018, the CIA made its first interim production on July 30, 2018. ECF No. 50 at 2. In that report, the CIA stated it would make bi-monthly interim responses, making its next response on October 17, 2018, another response on December 12, 2018, and its final response on February 28, 2019.[1]

3. The CIA made its second interim response on October 17, 2018. The CIA still expects to make its third interim response on December 12, 2018, and its final response on February 28, 2019.

4. Because the CIA has not completed production, it is premature to identify what issues, if any, will remain to be litigated. Within twenty-one days after the CIA completes its production, the parties will submit a joint status report setting forth a briefing schedule for any matters still in dispute.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

---

[1] Although the CIA had anticipated being able to complete production by the end of December 2018, it will require more time to complete the production due to complexity of the review and processing of the responsive documents. As CIA explained in the prior joint status report (ECF No. 48), the corpus of CIA regulations cross-reference each other to a significant extent, such that determinations as to one document or one part of one document may require analogous treatment of portions of any number of related or cross-reference documents. In addition, because the regulations touch upon all elements of the CIA, from administration to operations, it requires internal coordination among CIA offices and components. Several of the offices required to coordinate are facing unexpectedly heavy workloads in addition to this case, and this extensive review has taken more time than originally anticipated.

ELIZABETH J. SHAPIRO
Deputy Branch Director

s/Marcia K. Sowles
MARCIA K. SOWLES
DC Bar No. 369455
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.  Room 11028
Washington, D.C.  20530
 Tel.:   (202)   514-4960
Fax: (202) 616- 8470
E-mail:  marcia.sowles@usdoj.gov

Attorneys for Defendant


 s/Kelly B. McClanahan___
 KELLY B. MCCLANAHAN
 D.C. Bar No. 984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
Tel.: (301) 728-5908
Fax: 240-682-2189
E-mail: kel@nationalsecuritylaw.org

Attorney for Plaintiff