Central Intelligence Agency



Washington, D.C. 20505

31 August 2015

Kel McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD  20853

Re: Re: F-2014-00370; 1:14-cv-00997

Dear Mr. McClanahan:

This letter is in response to your client's 4 December 2013 Freedom of Information Act (FOIA) request for "all information in the IMS database CADRE about all FOIA, Privacy Act, MDR, or similar requests received in the first quarter of the Fiscal Year 2013." We processed your request in accordance with the FOIA, 5 U.S.C. § 552, as amended, and the CIA Information Act, 50 U.S.C. § 431, as amended.

We completed a thorough search for records responsive to your request and located one thousand two hundred four CIA originated documents, forty two (42) of which may be released in full.  Nine hundred ninety one (991) documents may be released in segregable form with redactions made on the basis of FOIA exemptions (b)(1), (b)(3), (b)(5), and (b)(6). In addition, it has been determined that one hundred seventy one documents must be denied in their entirety on the basis of FOIA exemptions (b)(1), (b)(3), (b)(5), and (b)(6) as well. Exemption (b)(3) pertains to Section 6 of the Central Intelligence Agency Act of 1949, 50 U.S.C. § 3507, noted as exemption "(b)(3)CIAAct" on the enclosed documents, and/or Section 102A(i)(l) of the National Security Act of 1947, 50 U.S.C § 3024(i)(1), noted as exemption "(b)(3)NatSecAct" on the enclosed documents.

Additionally, a number of documents originating with other government entities were referred for their review and direct response to you.

Because the above-referenced request is a subject of pending litigation in federal court, in accordance with Agency regulations as set forth at Section 1900.42 of Title 32 of the Code of Federal Regulations, you are not entitled to appeal this determination administratively.

Sincerely,

*Michael Lavergne*

Michael Lavergne
Information and Privacy Coordinator

Enclosures

Ex. A