## Kel McClanahan, Esq.

**From:** Sowles, Marcia (CIV) <Marcia.Sowles@usdoj.gov>
**Sent:** Wednesday, July 15, 2020 11:07 AM
**To:** Kel McClanahan, Esq.
**Subject:** RE: MuckRock v. CIA, No. 14-9997 (D.D.C)

Kel,

We are agreeable to your dismissal of Count 3, the last remaining count in the case. To do that, it seems that the parties should filed a joint stipulation of dismissal under Rule 41. Please send us a draft for our review.

Marcia

---

**From:** Kel McClanahan, Esq. <kel@nationalsecuritylaw.org>
**Sent:** Tuesday, July 14, 2020 4:13 AM
**To:** Sowles, Marcia (CIV) <MSowles@CIV.USDOJ.GOV>
**Subject:** Re: MuckRock v. CIA, No. 14-9997 (D.D.C)

So I have good news. We have decided to voluntarily dismiss Count 3, bringing this case to a close with the exception of fee discussions. We do not consent to summary judgment in CIA's favor, because we do not believe that CIA has demonstrated that it is entitled to summary judgment, but the age of the documents has convinced us that the more efficient course forward is to simply file and litigate new requests, rather than continuing to argue in 2020 about decisions made in 2016, only to probably need to do it all over again in a new case.

With that being said, it is unclear if we are supposed to file the batched briefs, since they won't really be in controversy any longer. So I propose that we call chambers on Wednesday and ask how the judge wants us to proceed.

On 6/26/2020 8:25 AM, Sowles, Marcia (CIV) wrote:

> Kel,
>
> We have no objection to a brief extension.
>
> Marcia
>
> ---
>
> **From:** Kel McClanahan, Esq. <kel@nationalsecuritylaw.org>
> **Sent:** Thursday, June 25, 2020 6:51 PM
> **To:** Sowles, Marcia (CIV) <MSowles@CIV.USDOJ.GOV>
> **Subject:** Re: MuckRock v. CIA, No. 14-9997 (D.D.C)
>
> Hi Marcia, would you consent to a brief extension of my cross-reply until Monday or Tuesday? This last couple of weeks has been insane.
>
> On 5/29/2020 12:29 PM, Sowles, Marcia (CIV) wrote:
>
>> Kel,
>> Hope that you are staying safe.
>>
>> Pursuant to the Judge's procedures for summary judgment in FOIA cases and our agreement on the briefing schedule, I am serving the following: (1) Opposition to

1

Ex. B

Plaintiff's Motion for Summary Judgment and Reply in Support of Defendant's Motion for Summary Judgment, (2) Declaration of Vanna Blaine (with attached reprocessed AR 7-7) and (3) Response to Plaintiff's Statement of Material Facts as to Which There is No Dispute.

Marcia K. Sowles
Senior Trial Counsel
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L St., N.W., Room 11028
Washington, DC 20005
202-514-4960
marcia.sowles@usdoj.gov

---
This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof. Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors
Kel@NationalSecurityLaw.org
301-728-5908

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?")
Juvenal, Satire VI


---
This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof. Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors
Kel@NationalSecurityLaw.org
301-728-5908

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?")
Juvenal, Satire VI