## Kel McClanahan, Esq.

| | |
|---|---|
| **From:** | Sowles, Marcia (CIV) <Marcia.Sowles@usdoj.gov> |
| **Sent:** | Wednesday, October 7, 2020 6:20 PM |
| **To:** | Kel McClanahan, Esq. |
| **Subject:** | RE: Activity in Case 1:14-cv-00997-KBJ MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY Errata |

Kel,

Sorry for the delay in getting back to you. We have reviewed your email and errata. If you want to revive Count 1, which is waived at this point through inaction, you need to file a motion to revive the claim that we will respond to and the court can rule on. If you want to discuss an alternative resolution, we are happy to discuss.

Marcia

---

**From:** Kel McClanahan, Esq. <kel@nationalsecuritylaw.org>
**Sent:** Tuesday, October 06, 2020 4:58 AM
**To:** Sowles, Marcia (CIV) <MSowles@CIV.USDOJ.GOV>
**Subject:** Re: Activity in Case 1:14-cv-00997-KBJ MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY Errata

Hi Marcia, since I haven't heard anything from you or the Court about this, and the case still shows up as "closed" in ECF, I think it's time to file something to draw the judge's attention to the fact that we still need to brief Count 1. The most unobtrusive way appears to be one or both of us filing a motion to set a briefing schedule. To that end:

1) Would you be amenable to making this a joint motion, and if not, what is your position on a motion from me?
2) When would you want to file your opening MSJ on Count 1?

On 9/22/2020 11:18 AM, DCD_ECFNotice@dcd.uscourts.gov wrote:

> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
> ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.
>
> 
>
> **U.S. District Court**
>
> **District of Columbia**
>
> 
>
> ### Notice of Electronic Filing
>
> The following transaction was entered by McClanahan, Kelly on 9/22/2020 at 11:18 AM and filed on 9/22/2020
>
> | | |
> |---|---|
> | **Case Name:** | MUCKROCK, LLC v. CENTRAL INTELLIGENCE AGENCY |
> | **Case Number:** | 1:14-cv-00997-KBJ |
> | **Filer:** | MUCKROCK, LLC |
> | **WARNING: CASE CLOSED on 07/24/2020** | |
> | **Document Number:** | 67 |

1

Ex. C

**Docket Text:**
**ERRATA by MUCKROCK, LLC [66] Notice of Voluntary Dismissal filed by MUCKROCK, LLC. (McClanahan, Kelly)**

**1:14-cv-00997-KBJ Notice has been electronically mailed to:**

Kelly Brian McClanahan     kel@nationalsecuritylaw.org, ecf@nationalsecuritylaw.org

Marcia Kay Sowles     marcia.sowles@usdoj.gov

**1:14-cv-00997-KBJ Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=9/22/2020] [FileNumber=6754585-0]
[888f593b88f8458b1bb23dbcab9280bf5153cd95620ca2922d8cc9c8b4ffe54c8670
ea9f1b347dfb54c2278abc7ffdcee7795b24cf90675eeac6a7f88ef8f5c1]]

---
This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof. Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors
Kel@NationalSecurityLaw.org
301-728-5908

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?")
Juvenal, Satire VI