

6 December 2023

Kel McClanahan
National Security Counselors
kel@NationalSecurityLaw.org

<u>RE: Freedom of Information Act Request NGC15-343</u>

Dear Mr. McClanahan,

I am writing in response to MuckRock's Freedom of Information Act (FOIA) request to the Central Intelligence Agency, dated 4 December 2013; a portion of which was referred to the National Archives and Records Administration (NARA). In the request, MuckRock asked for, "*all information in the IMS request database CADRE about all FOIA, Privacy Act, MDR, or similar requests received in the first quarter of Fiscal Year 2013…. This includes all information for referrals and consultations sent to the CIA during the relevant time period as well as all requests submitted directly to the CIA by requesters*."

The Central Intelligence Agency determined that several NARA-originated records that they deemed responsive to your request should be referred back to NARA for review and response to you. In this case, the records are **copies of consultation request letters** sent to CIA from NARA-administered Presidential Libraries.

We are releasing the final 396 documents to you with partial redactions pursuant to 5 U.S.C. § 552 (b)(3), (b)(5), and (b)(6).

Exemption (b)(3) incorporates certain nondisclosure provisions contained in federal statutes other than the FOIA. In this case the applicable statutes are 50 U.S.C. § 403g (currently at 50 U.S.C. § 3507) (Central Intelligence Agency Act of 1949) which protects certain information pertaining to Agency employees, specifically: "the organization, functions, names, official titles, salaries, or numbers of personnel employed by the Agency"; 10 U.S.C. § 424 which protects the organization or any function of, and certain information pertaining to, employees of the Defense Intelligence Agency, the National Reconnaissance Office, and the National

NATIONAL ARCHIVES *and*
RECORDS ADMINISTRATION

8601 ADELPHI ROAD
COLLEGE PARK, MD 20740-6001

*www.archives.gov*

Ex. D

Geospatial Intelligence Agency; and 50 U.S.C. § 402 note (National Security Agency Act of 1959) protects information pertaining to the functions or organization of NSA and certain information pertaining to NSA employees. Exemption (b)(5) was asserted in connection with the deliberative process privilege, to protect inter-agency communications, the disclosure of which would have a chilling effect on the frank exchange of ideas and opinions, causing the quality of agency discussions to suffer.

This completes the processing of FOIA request NGC15-343.

If you are not satisfied with our action on this request, you have the right to file an administrative appeal within ninety (90) calendar days from the date of this letter via regular U.S. mail or email. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. If you submit your appeal in writing, please address it to the Deputy Archivist of the United States (ND), National Archives and Records Administration, 8601 Adelphi Road, College Park, Maryland 20740. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." If you submit your appeal by email please send it to *FOIA@nara.gov*, also addressed to the Deputy Archivist of the United States. Please be sure to explain why you believe this response does not meet the requirements of the FOIA. All correspondence should reference your case tracking number **NGC15-343**.

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact our FOIA Public Liaison Gary M. Stern for assistance at:

>National Archives and Records Administration
>8601 Adelphi Road, Room 3110
>College Park, MD 20740-6001
>Tel:  301-837-1750
>Email:  NGC.public.liaison@nara.gov

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is noted below:

>Office of Government Information Services
>National Archives and Records Administration
>8601 Adelphi Road–OGIS
>College Park, MD 20740-6001
>Email:  ogis@nara.gov
>Website: ogis.archives.gov
>Tel:  202-741-5770 or 1-877-684-6448

Thank you for contacting the National Archives and Records Administration. Please feel free to contact me directly if you have any questions or further concerns.

Sincerely,

Brewer Thompson
Deputy FOIA Officer/Archivist
National Archives and Records Administration
brewer.thompson@nara.gov