## Kel McClanahan, Esq.

| | |
|---|---|
| **From:** | Sowles, Marcia (CIV) <Marcia.Sowles@usdoj.gov> |
| **Sent:** | Friday, April 7, 2017 11:41 AM |
| **To:** | Kel McClanahan, Esq. |
| **Subject:** | RE: MuckRock v.CIA, Civil Action No. 14-997 (DDC) |

Kel,

With respect to Count 1, the CIA will make another release today April 7 on a CD.  CIA plans to continue to make releases on a rolling basis, with the next set of records to be produced on May 1, 2017, and the final set on June 15, 2017. This will complete the production on Count 1.

With respect to Count 3, due to the nature of the records, the CIA is unable to make productions on a rolling basis.  The CIA is in the process of coordinating the review with other government agencies and various components within the CIA.  The CIA estimates that it will be able to complete the review and make the production of responsive, non-exempt records in six months.

Marcia Sowles


Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------
From: "Kel McClanahan, Esq." <kel@nationalsecuritylaw.org>
Date: 4/3/17 3:22 PM (GMT-05:00)
To: "Sowles, Marcia (CIV)" <MSowles@CIV.USDOJ.GOV>
Subject: Re: MuckRock v.CIA, Civil Action No. 14-997 (DDC)

Hi Marcia,

Against my better judgment I gave CIA two more months to complete this request.  That two months ended three weeks ago.  Please advise your client that in order to avoid unnecessary briefing on something like scheduling, we will give CIA until this Friday to send us its final response, and if we do not receive the records in electronic form by then, I will file the motion to compel I discussed earlier.

Kel

On 1/30/2017 3:32 PM, Sowles, Marcia (CIV) wrote:
Kel,

As I explained in my prior email with regard to Count III, although the CIA had hoped to complete its processing by January 13, the CIA is still working on the processing.  It estimates that it will need an additional two months.  The CIA cannot agree to an interim release and will oppose a motion to compel an interim release.

Marcia

From: Kel McClanahan, Esq. [mailto:kel@nationalsecuritylaw.org]
Sent: Monday, January 30, 2017 3:08 PM

Ex. E

To: Sowles, Marcia (CIV) <MSowles@CIV.USDOJ.GOV><mailto:MSowles@CIV.USDOJ.GOV>
Subject: Re: MuckRock v.CIA, Civil Action No. 14-997 (DDC)

A reminder that you told me you would get back to me by last week about the interim release for Count 3, and you still haven't responded to my followup about the Libraries.  Please either tell me that they are sending me an interim release or give me your position on a motion to compel, and please respond to the other email.

Thanks,

Kel

On 1/30/2017 9:43 AM, Sowles, Marcia (CIV) wrote:

Kel,

I will review the matter with the CIA and get back to you.

Marcia

From: Kel McClanahan, Esq. [mailto:kel@nationalsecuritylaw.org]
Sent: Sunday, January 29, 2017 4:31 AM
To: Sowles, Marcia (CIV) <MSowles@CIV.USDOJ.GOV><mailto:MSowles@CIV.USDOJ.GOV>
Subject: Re: MuckRock v.CIA, Civil Action No. 14-997 (DDC)

Marcia, I just went through the 10/30 and 11/1 releases for Count 1, and these are only CADRE records about MDR requests.  You told me on 8/30 that CIA would complete production for Count 1 on 11/1.  Even accepting your argument from 9/17/15 that this request covered only FOIA, Privacy Act, and MDR requests (which we don't), they still haven't given any CADRE records about FOIA or Privacy Act requests.  Please tell them to fix this ASAP and to expedite production or I will be forced to complain to the Court.  I gave them over a year to process the CADRE records after you told me on 9/17/15 that the omission of CADRE records was inadvertent, and I'm not going to give them another year to do what they said they would do by November 2016.

On 8/30/2016 11:10 AM, Sowles, Marcia (CIV) wrote:


Kel,

I have attached a letter updating you on the status of CIA's review and production for records responsive to the FOIA requests at issue in Counts 1 and 3.

Marcia


---
This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed.  It contains confidential information that may also be legally privileged.  Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited.  If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof.  Thank you.

Kel McClanahan, Esq.
Executive Director

National Security Counselors

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?") Juvenal, Satire VI


---
This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed.  It contains confidential information that may also be legally privileged.  Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited.  If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof.  Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?") Juvenal, Satire VI


---
This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed.  It contains confidential information that may also be legally privileged.  Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited.  If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof.  Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?") Juvenal, Satire VI