**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MUCKROCK, LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 1:14-cv-00997 |
| | * |
| CENTRAL INTELLIGENCE AGENCY, | * |
| | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

# **ORDER**

UPON CONSIDERATION OF Plaintiff's Motion to Reopen Case, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2024,

**ORDERED** that Plaintiff's Motion is **GRANTED**.

_____
United States District Judge