UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUCKROCK, LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *   Civil Action No. 1:14-cv-00997 |
| CENTRAL INTELLIGENCE AGENCY, | * |
| | * |
| Defendant. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ERRATA**

Plaintiff MuckRock, LLC ("MuckRock") hereby informs the Court that its Motion to Reopen Case, Dkt. #69, incorrectly stated that the National Archives and Records Administration ("NARA") issued its first response to MuckRock regarding the referred request in December 2023. After filing that Motion, the undersigned performed another search of his records for any mention of the referred request, and he discovered that he had briefly corresponded with NARA about the request in June 2023 after receiving an interim response in March 2023. However, because the response did not mention this case (and because he had had no reason to believe NARA had been referred records in this case in the first place), the undersigned did not realize the significance of NARA's letter at the time, and he believed the response pertained to another request for similar records. MuckRock maintains that this does not significantly alter its analysis, but it is correcting the inadvertent misrepresentation so as to provide maximum candor to the Court.

Date:   February 24, 2024

                                                Respectfully submitted,

                                                /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*