UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUCKROCK, LLC,                               )<br>                                                          )<br>             Plaintiff,                             )<br>                                                          )<br>      v.                                                 )      Civil Action No.<br>                                                          )      1:14-CV-00997<br>                                                          )<br>CENTRAL INTELLIGENCE AGENCY    )<br>                                                          )<br>             Defendant.                          ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME, *NUNC PRO TUNC*, TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Central Intelligence Agency ("CIA") moves to extend the time, *nunc pro tunc,* to file its response to plaintiff's motion to reopen the case from March 11, 2024 to April 1, 2024.  The grounds for the extension are as follow:

1. This extension is required due to deadlines that the undersigned counsel has in other cases.  Additional time is also required because the CIA attorney who had been assigned this case has been transferred to a different section, and another attorney was just assigned. In addition, because the motion focuses on actions taken several years ago, the CIA will need time to review its files.

2. No previous extensions have been granted with respect to filing a response to the motion to reopen this case.

3. Pursuant to local rules, the undersigned counsel contacted Plaintiffs' counsel Kelly McClanahan regarding this extension. He stated that he consents to the motion provided that the deadline for his reply is extended to April 17, 2024.

4. Although the undersigned counsel had timely contacted Plaintiff's counsel and received his consent, the undersigned counsel inadvertently neglected to file the motion due to the press of other deadlines. The undersigned counsel regrets this error and respectfully requests that the Court grant this extension *nunc pro tunc*.

          Respectfully submitted,

          Respectfully submitted,
          BRIAN BOYNTON
          Principal Deputy Assistant Attorney General

          ELIZABETH J. SHAPIRO
          Deputy Branch Director

          *s/Marcia K. Sowles*
          MARCIA K. SOWLES
          DC Bar No. 369455
          Senior Trial Counsel
          United States Department of Justice
          Civil Division, Federal Programs Branch
          1100 L. Street N.W.  Room 11028
          Washington, D.C.  20530
          Tel.: (202) 514- 4960
          Fax: (202) 616- 8470
          E-mail:  marcia.sowles@usdoj.gov

          Attorneys for Defendant