UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUCKROCK, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. ) 1:14-CV-00997 |
| CENTRAL INTELLIGENCE AGENCY | ) ) ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defendant Central Intelligence Agency's unopposed motion for an extension of time, nunc pro tunc, to file its response to Plaintiff's Motion to Reopen Case, it is hereby

**ORDERED** that defendant's motion is granted; it is further

**ORDERED** that Defendant have until April 1, 2024, to file its response, and Plaintiff shall have until April 17, 2024 to file its reply.

Dated: _____                            _____
                                          UNITED STATES DISTRICT JUDGE