Central Intelligence Agency



Washington, D.C. 20505

15 June 2017

Kel McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

Reference: *MuckRock v. CIA*, Civil Action Number: 1:14-cv-00997
F-2014-00370

Dear Mr. McClanahan:

      This letter is in response to your client's 4 December 2013 request, for information concerning CIA's CADRE Database. Your request was processed in accordance with the Freedom of Information Act (FOIA), 5 U.S.C. § 552.

      In this supplemental production, we located a total of four hundred and twelve (412) responsive documents to count 1. Eighty-eight (88) documents are denied in full, three hundred and twenty-four (324) documents may be released in part, with redactions made pursuant to FOIA exemptions (b)(3), (b)(5) and (b)(6). Exemption (b)(3) pertains to Section 102A(i)(1) of the National Security Act of 1947, as amended, 50 U.S.C. 3024, marked as "(b)(3)NatSecAct," on the face of the documents, and Section 6 of the Central Intelligence Agency Act of 1949, 50 U.S.C. § 3507 noted as "(b)(3)CIAAct." Copies of the released in part documents are enclosed on one CD. We are still coordinating the review of two (2) documents and will release those to you once all equity holders have responded. Additionally, a number of documents originating with other government entities were referred for their review and direct response to you.

Sincerely,

Allison Fong
Information and Privacy Coordinator

Enclosure