**From:** Sowles, Marcia (CIV)
**To:** Kel McClanahan, Esq.
**Subject:** Muckrock v. CIA, No. 14-0997
**Date:** Thursday, October 08, 2020 10:01:00 AM

Kel,

This is in response to your last email regarding Count 1. First, even if Count I is not dead, it was certainly sleeping soundly. You failed to mention it for over two years and only raised it two months after you filed a notice of dismissal saying that Count 3 was the only remaining claim. Second, it is hard to understand why Plaintiff is now interested in the internal CADRE records about FOIA requests filed in a 3 month period in 2013. Third, even if Plaintiff has some interest in the documents, Plaintiff has not stated any basis for challenging the withholdings. The CIA prevailed on Count 2 which sought CADRE records related to a specific FOIA request. With that said, in an effort to try to resolve this issue, CIA would be willing to discuss providing additional information describing a small sample of the documents withheld in full in response to Count 1. Nevertheless, if you still want to request a status conference, we do not oppose and our position at the status conference will be as outlined above.

Marcia K. Sowles

Senior Trial Counsel

Federal Programs Branch

Civil Division

U.S. Department of Justice

1100 L St., N.W., Room 11028

Washington, DC 20005

202-514-4960

marcia.sowles@usdoj.gov