

March 9, 2023

Kel McClanahan
National Security Counselors
<Kel@NationalSecurityLaw.org>

RE: Freedom of Information Act Request **NGC15-343** (referral of CIA F-2014-00370)

Dear Mr. McClanahan,

I am writing in response to MuckRock's Freedom of Information Act (FOIA) request to the Central Intelligence Agency, dated 4 December 2013; a portion of which was referred to the National Archives and Records Administration (NARA). In the request, MuckRock asked for, *"all information in the IMS request database CADRE about all FOIA, Privacy Act, MDR, or similar requests received in the first quarter of Fiscal Year 2013…. This includes all information for referrals and consultations sent to the CIA during the relevant time period as well as all requests submitted directly to the CIA by requesters."*

We apologize for the inordinate delay in getting this request processed.

The Central Intelligence Agency determined that several NARA-originated records that they deemed responsive to your request should be referred back to NARA for review and response to you. In this case, the records are **copies of consultation request letters** sent to CIA from NARA-administered Presidential Libraries.

Attached is the first tranche of documents (13 documents, 29 pages) in pdf. After our review, we have determined that 28 pages can be released in full. The remaining 1 page has minor redactions pursuant to 5 U.S.C. § 552(b)(6) protecting personal privacy. Specifically, the information being withheld contains email addresses and phone numbers.

There are approximately 396 more documents of similar type that require review and redaction before they can be served to you.

We would be interested in hearing from you as to whether you would like to continue to receive documents in this case, or if we may close this request. Please email me directly at brewer.thompson@nara.gov and cc: FOIA@nara.gov.

NATIONAL ARCHIVES *and*
RECORDS ADMINISTRATION

8601 ADELPHI ROAD
COLLEGE PARK, MD 20740-6001

*www.archives.gov*

Sincerely,

Brewer Thompson
Deputy FOIA Officer/Archivist
Office of General Counsel
brewer.thompson@nara.gov