| | |
|---|---|
| **From:** | Sowles, Marcia (CIV) |
| **To:** | Kel McClanahan, Esq. |
| **Subject:** | RE: [EXTERNAL] FW: NARA FOIA request NGC15-343 |
| **Date:** | Monday, December 11, 2023 10:45:00 AM |

Kel,

The CIA will not consent to your motion to reopen Muckrock v. CIA, No. 14-997 (D.D.C.).  Contrary to your assertion, you were on notice that the CIA had referred documents originating with other government entities to those agencies for a direct response.   In two of its interim responses, the CIA explained that documents originating with other government entities were referred for their review and direct response to you.  *See* Letter to Kel McClanahan from Michale Lavergne dated August 28, 2015; Letter to Kel McClanahan from Allison Fong dated June 15, 2017.   In addition, our Joint Status Report dated March 19, 2018, CIA stated that it "referred a number of documents originating with other government entities to those agencies for a direct response."  ECF No. 47.   Thus, if you had any questions regarding those referrals, you had ample opportunity to inquire, but never did so.  We thus find no basis for reopening the case.

Marcia

**From:** Kel McClanahan, Esq. <kel@nationalsecuritylaw.org>
**Sent:** Thursday, December 07, 2023 5:15 PM
**To:** Sowles, Marcia (CIV) <Marcia.Sowles@usdoj.gov>
**Subject:** [EXTERNAL] FW: NARA FOIA request NGC15-343

You may recall that in our case *MuckRock v. CIA*, No. 14-997 (D.D.C.), we got stalled out because we both thought that Count 1 was dead and I erroneously stipulated to the dismissal of the case thinking that Count 3 was the only count in controversy, then we started talking about the potential issues involved in reopening the case, which you claimed was not appropriate due to my inaction, since, according to you, CIA had completed processing of all the records 2 years earlier. And that was where we left things, up in the air.

Today I learned that the request in Count 1 wasn't even finished being processed until today, when NARA sent me its final response to the records referred to it by CIA in the middle of our litigation. So, as it turns out, none of what we were talking about was relevant, and there was no duty for me to do anything when the agencies hadn't even finished their processing of the records in question.

With that in mind, I will be filing a motion soon to reopen the case, explaining the context behind the initial erroneous closure and why Count 1 is finally ripe for briefing. Please advise me of CIA's position on this motion.

Kel

---
This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or

distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof. Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors
Kel@NationalSecurityLaw.org
301-728-5908

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?")
Juvenal, Satire VI

---

**From:** Brewer Thompson <brewer.thompson@nara.gov>
**Sent:** Wednesday, December 6, 2023 4:05 PM
**To:** kel@nationalsecuritylaw.org
**Cc:** FOIA <FOIA@nara.gov>
**Subject:** NARA FOIA request NGC15-343

Dear Mr. McClanahan,

This is in response to your FOIA request NGC15-343. Please find attached correspondence concerning this request.

Due to the volume of responsive records, they are being sent via file sharing service. You will receive a Serv-U File Sharing Link that will contain the documents responsive to your FOIA request. **When you receive the link, please click the link and use the following password to access the documents:**

v/r

Brewer Thompson
Deputy FOIA Officer/Archivist
National Archives and Records Administration
Office of General Counsel