Central Intelligence Agency



Washington, D.C. 20505

10 October 2017

Kel McClanahan
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853

Reference: *MuckRock v. CIA*, Civil Action Number: 1:14-cv-00997
F-2014-00370

Dear Mr. McClanahan:

    This letter is in response to your client's 4 December 2013 request, for information concerning CIA's CADRE Database. Your request was processed in accordance with the Freedom of Information Act (FOIA), 5 U.S.C. § 552.

    We coordinated the release of (5) five documents with other government agencies as our previous letter stated. The other government agencies responded back to us regarding their equities vice responding directly to you. Enclosed are (5) five documents that will be released in part, with redactions made pursuant to FOIA exemptions (b)(3),(b)(5),(b)(6) and (b)(7) Exemption (b)(3) pertains to Section 102A(i)(1) of the National Security Act of 1947, as amended, 50 U.S.C. 3024, marked as "(b)(3)NatSecAct," on the face of the documents. Copies of the released in part documents are enclosed on one CD.

    Since the above-referenced request is a subject of pending litigation in federal court, in accordance with Agency regulations as set forth at Section 1900.42 of Title 32 of the Code of Federal Regulations, you are not entitled to appeal this determination administratively.

Sincerely,

Allison Fong
Information and Privacy Coordinator

Enclosure

Ex. F