UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUCKROCK, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:14-CV-00997 (JMC) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

On May 8, 2024, this Court entered a minute order requiring the parties to confer and submit a joint proposed schedule for further proceedings. Pursuant to the order, Defendant Central Intelligence Agency and Plaintiff MuckRock, LLC, submit this joint status report. As explained below, the parties have conferred but need additional time to propose a schedule for further proceedings:

1. This is an action seeking to compel production of records in response to various requests filed by Plaintiff in 2013 under the Freedom of Information Act ("FOIA"), 5 U.S.C.§ 552. The only remaining claim is Count 1 which relates to a request at issue in Count 1 sought "all information in MIS request database CADRE for all FOIA, Privacy Act, MDR or similar requests received during the first quarter of the Fiscal Year 2013."

2. In April 2018, Plaintiff indicated that it was challenging the documents withheld in full, which total approximately 160 documents. *See* Joint Status Report, ECF No. 48,

¶ 1.  In response to Plaintiff's request for breakdown of the kinds of documents withheld in full, CIA identified six categories of documents: (a) internal correspondence regarding the evaluation of potentially responsive documents and how to treat information in the responsive documents, (b) referral/coordination requests letters from other agencies, (c) responses to/from other agencies regarding referral and coordination requests; (d) lists and summaries of responsive and potentially responsive records; (e) draft FOIA responses and letters, and (f) Privacy Act requests forms and individual inquiries. *Id.*  In the joint status report, Plaintiff stated that it was only challenging the documents in first four categories. *Id.*

3.     Prior to this Court's order, the parties have not had any discussions on the merits of these withholdings since April 2018.  Due to turnover in staffing in the FOIA office and its current workload, the CIA needs additional time to examine and assess the documents withheld in full and the applicable exemptions before discussing a proposed schedule for further proceedings.  This will allow time for the CIA to identify the documents which fall within the four categories Plaintiff is challenging.  Additional time will also allow the CIA time to consider other additional information which may help the parties to narrow the issues in dispute.  Moreover, even if the parties are not able to narrow the number of documents in dispute, the CIA needs additional to review the documents to assess the time needed to prepare a declaration and Vaughn index to support a motion for summary judgment.

4.     The parties therefore propose that they file another status report on June 21, 2024, setting forth a proposed schedule for further proceedings.

Respectfully submitted,

BRIAN M. BOYNTON
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

s/Marcia K. Sowles
MARCIA K. SOWLES
DC Bar No. 369455
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.  Room 11028
Washington, D.C.  20530
 Tel.:   (202)   514-4960
Fax: (202) 616- 8470
E-mail:  marcia.sowles@usdoj.gov

Attorneys for Defendant


 s/Kelly B. McClanahan
 KELLY B. MCCLANAHAN
 D.C. Bar No. 984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
Tel.: (301) 728-5908
Fax: 240-681-2189
E-mail: kel@nationalsecuritylaw.org

Attorney for Plaintiff