UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUCKROCK, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:14-CV-00997 (JMC) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Pursuant to the minute order dated May 28, 2024, Defendant Central Intelligence Agency and Plaintiff MuckRock, LLC, submit this joint status report. As explained below, the parties have conferred but need additional time to propose a schedule for further proceedings:

1. This is an action seeking to compel production of records in response to various requests filed by Plaintiff in 2013 under the Freedom of Information Act ("FOIA"), 5 U.S.C.§ 552.  The only remaining claim is Count 1 which relates to a request at issue in Count 1 sought "all information in IMS request database CADRE for all FOIA, Privacy Act, MDR or similar requests received during the first quarter of the Fiscal Year 2013."

2. In April 2018, Plaintiff indicated that it was challenging the documents withheld in full, which total approximately 160 documents. *See* Joint Status Report, ECF No. 48,

1

¶ 1.  As explained in the last joint status report, prior to this Court's May 1, 2024 order, the parties have not had any discussions on the merits of these withholdings since April 2018.  They, therefore, proposed filing another joint status report by June 21, 2024.

3. Due to its workload, the CIA has not had a time to conduct a detailed review of the records at issue.  However, the CIA has conducted a preliminary review the approximate 160 documents withheld in full and found that approximately 150 documents fall within the four categories Plaintiff is challenging.

4. The parties accordingly propose that they file another joint report on July 26, 2024.  This will allow time for the parties to consult and possibly narrow the issues in dispute.  Moreover, even if the parties are not able to narrow the narrow the issues, the CIA needs additional to review the documents to assess the time needed to prepare a declaration and Vaughn index to support a motion for summary judgment.

5. The parties therefore propose that they file another status report on July 26, 2024, setting forth a proposed schedule for further proceedings.

                                                Respectfully submitted,

                                                BRIAN M. BOYNTON
                                                Assistant Attorney General

                                                ELIZABETH J. SHAPIRO
                                                Deputy Branch Director

                                                <u>s/Marcia K. Sowles</u>
                                                MARCIA K. SOWLES
                                                DC Bar No. 369455
                                                Senior Trial Counsel
                                                United States Department of Justice
                                                Civil Division, Federal Programs Branch
                                                1100 L Street N.W.  Room 11028

       Washington, D.C.  20530
        Tel.:   (202)   514-4960
       Fax: (202) 616- 8470
       E-mail:  marcia.sowles@usdoj.gov

       Attorneys for Defendant


 s/Kelly B. McClanahan
 KELLY B. MCCLANAHAN
 D.C. Bar No. 984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
Tel.: (301) 728-5908
Fax: 240-681-2189
E-mail: kel@nationalsecuritylaw.org

Attorney for Plaintiff