UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUCKROCK, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> CENTRAL INTELLIGENCE AGENCY ) <br> ) <br> Defendant. ) | Civil Action No. <br> 1:14-CV-00997 (JMC) |

**JOINT STATUS REPORT**

Pursuant to the minute order dated June 21, 2024, Defendant Central Intelligence Agency and Plaintiff MuckRock, LLC, submit this joint status report. As explained below, the parties have conferred but need additional time to propose a schedule for further proceedings:

1. This is an action seeking to compel production of records in response to various requests filed by Plaintiff in 2013 under the Freedom of Information Act ("FOIA"), 5 U.S.C.§ 552. The only remaining claim is Count 1 which relates to a request at issue in Count 1 sought "all information in IMS request database CADRE for all FOIA, Privacy Act, MDR or similar requests received during the first quarter of the Fiscal Year 2013."

2. As explained in the prior Joint Status Report, the parties have narrowed the dispute to the approximately 150 documents withheld in full. These records fall into four categories: (1) internal correspondence regarding evaluation of potentially responsive

1

documents and how to treat information in the documents, (2) referral/coordination requests from other agencies, (3) responses to/from other agencies regarding referral and coordination requests, and (4) lists and summaries of responsive and potentially responsive records.

3.  Since the parties' last joint status report, the CIA has conducted a further review of the documents. The records were initially processed between 2015 and 2018. The information in the records was withheld under Exemptions 1, 3, 5 and 6. Due to the age of the documents and the length of time since they were initially processed, the CIA proposes to reprocess the records to assess whether the exemptions applied are currently accurate and whether the information withheld under Exemption 1 is currently and properly classified. Although the CIA cannot commit that the reprocessing will result in releases of additional information, that is a possibility. Due to its workload and the age and nature of the documents at issue, the CIA estimates that it will take approximately 2 months to reprocess the documents.

4.  The parties therefore propose that they file another joint status report in 75 days. This will allow the CIA to complete its reprocessing and for the parties to consult on the next steps.

        Respectfully submitted,

        BRIAN M. BOYNTON
        Assistant Attorney General

        ELIZABETH J. SHAPIRO
        Deputy Branch Director

        s/Marcia K. Sowles
        MARCIA K. SOWLES

        DC Bar No. 369455
        Senior Trial Counsel
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street N.W.  Room 11028
        Washington, D.C.  20530
         Tel.:   (202)   514-4960
        Fax: (202) 616- 8470
        E-mail:  marcia.sowles@usdoj.gov

        Attorneys for Defendant


 s/Kelly B. McClanahan
 KELLY B. MCCLANAHAN
 D.C. Bar No. 984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
Tel.: (301) 728-5908
Fax: 240-681-2189
E-mail: kel@nationalsecuritylaw.org

Attorney for Plaintiff

3