UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUCKROCK, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:14-CV-00997 (JMC) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Pursuant to the minute order dated July 26, 2024, Defendant Central Intelligence Agency and Plaintiff MuckRock, LLC, submit this joint status report. As explained below, the parties have conferred but need additional time to propose a schedule for further proceedings:

1.  This is an action seeking to compel production of records in response to various requests filed by Plaintiff in 2013 under the Freedom of Information Act ("FOIA"), 5 U.S.C.§ 552.  The only remaining claim is Count 1 which relates to a request at issue in Count 1 sought "all information in IMS request database CADRE for all FOIA, Privacy Act, MDR or similar requests received during the first quarter of the Fiscal Year 2013."

2.  As explained in the prior Joint Status Report, the parties have narrowed the dispute to the approximately 150 documents withheld in full.  These records fall into four categories: (1) internal correspondence regarding evaluation of potentially responsive

1

documents and how to treat information in the documents, (2) referral/coordination requests from other agencies, (3) responses to/from other agencies regarding referral and coordination requests, and (4) lists and summaries of responsive and potentially responsive records.

3.     As explained in the last Joint Status Report, due to the age of the documents and the length of time since they were initially processed, the CIA agreed to reprocess the records to assess whether the exemptions applied are currently accurate and whether the information withheld under Exemption 1 is currently and properly classified.  *See* ECF No. 77.  Although the CIA had hoped to complete the reprocessing by the time for filing of this status report, due to its workload and the age and nature of the documents, the CIA has not been able to do so.  It estimates that it will take approximately two additional months to reprocess the documents.

4.     The parties therefore propose that they file another joint status report in 75 days. This will allow the CIA to complete its reprocessing and for the parties to consult on the next steps.

                                              Respectfully submitted,

                                              BRIAN M. BOYNTON
                                              Assistant Attorney General

                                              ELIZABETH J. SHAPIRO
                                              Deputy Branch Director

                                              <u>s/Marcia K. Sowles</u>
                                              MARCIA K. SOWLES
                                              DC Bar No. 369455
                                              Senior Trial Counsel
                                              United States Department of Justice

        Civil Division, Federal Programs Branch
        1100 L Street N.W.  Room 11028
        Washington, D.C.  20530
        Tel.:   (202)   514-4960
        Fax: (202) 616- 8470
        E-mail:  marcia.sowles@usdoj.gov

        Attorneys for Defendant


        s/Kelly B. McClanahan
        KELLY B. MCCLANAHAN
        D.C. Bar No. 984704
        National Security Counselors
        4702 Levada Terrace
        Rockville, MD 20853
        Tel.: (301) 728-5908
        Fax: 240-681-2189
        E-mail: kel@nationalsecuritylaw.org

        Attorney for Plaintiff