UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUCKROCK, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:14-CV-00997 (JMC) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Pursuant to the minute order dated October 9, 2024, Defendant Central Intelligence Agency and Plaintiff MuckRock, LLC, submit this joint status report. As explained below, the parties have conferred but need additional time to propose a schedule for further proceedings:

1. This is an action seeking to compel production of records in response to various requests filed by Plaintiff in 2013 under the Freedom of Information Act ("FOIA"), 5 U.S.C.§ 552.  The only remaining claim is Count 1 which relates to a request at issue in Count 1 sought "all information in IMS request database CADRE for all FOIA, Privacy Act, MDR or similar requests received during the first quarter of the Fiscal Year 2013."

2. As explained in the prior Joint Status Reports, the parties have narrowed the dispute to the approximately 150 documents withheld in full.  These records fall into four categories: (1) internal correspondence regarding evaluation of potentially responsive

documents and how to treat information in the documents, (2) referral/coordination requests from other agencies, (3) responses to/from other agencies regarding referral and coordination requests, and (4) lists and summaries of responsive and potentially responsive records.

3. As explained in a prior Joint Status Report, due to the age of the documents and the length of time since they were initially processed, the CIA agreed to reprocess the records to assess whether the exemptions applied are currently accurate and whether the information withheld under Exemption 1 is currently and properly classified. *See* ECF No. 77. As explained in the last report, this reprocessing is taking longer than expected due to the CIA's workload and the age and nature of the documents. The CIA has completed its initial review of the documents and has sent the documents for a senior review earlier this week. Both the initial reviewers and the senior reviewers are out of the office the next week on holiday leave. The CIA estimates that it will take approximately two additional months to reprocess the documents.

4. <u>Plaintiff's Position:</u> Plaintiff has requested that the CIA make interim releases of any records which do not warrant continued withholding in full, and the CIA has declined to do so. Plaintiff accordingly asks this Court to direct the CIA to make an interim release on January 3, 2025, of all records it has determined should no longer be withheld in full as of that date and continue making interim releases on a monthly basis until it has completed the reprocessing of all records.

5. <u>CIA's Position:</u> The Agency opposes Plaintiff's request for such an order. The Agency is not planning on making interim releases. As explained above, its initial review is complete and the entire package is now with senior reviewers for concurrence. The

Agency has processed the documents as one package given they are assessing whether the exemptions originally applied are currently accurate; the reviews are in part ensuring consistency in application of current exemptions. As noted above, the Agency estimates that it will complete the senior level review and processing of all of the records within two months.

6. The parties therefore propose that they file another joint status report in 75 days. This will allow the CIA to complete its reprocessing and for the parties to consult on the next steps.

        Respectfully submitted,

        BRIAN M. BOYNTON
        Assistant Attorney General

        ELIZABETH J. SHAPIRO
        Deputy Branch Director

        s/Marcia K. Sowles
        MARCIA K. SOWLES
        DC Bar No. 369455
        Senior Trial Counsel
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street N.W.  Room 11028
        Washington, D.C.  20530
        Tel.:   (202)   514-4960
        Fax: (202) 616- 8470
        E-mail:  marcia.sowles@usdoj.gov

        Attorneys for Defendant


        s/Kelly B. McClanahan
        KELLY B. MCCLANAHAN
        D.C. Bar No. 984704

National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
Tel.: (301) 728-5908
Fax: 240-681-2189
E-mail: kel@nationalsecuritylaw.org

Attorney for Plaintiff