# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MUCKROCK, LLC**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 14-cv-997 (JMC) |
| **CENTRAL INTELLIGENCE AGENCY**, | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's minute order of December 27, 2024, the Central Intelligence Agency ("CIA") and MuckRock, LLC, submit this joint status report. As explained in the prior reports, the parties have narrowed the dispute in this Freedom of Information Act case to approximately 150 documents withheld in full, which the CIA has agreed to reprocess in order to assess whether the exemptions applied are currently accurate and whether the information withheld under Exemption 1 is currently and properly classified. Although the reprocessing has taken longer than expected, the CIA expects to complete it in the next several weeks.

The parties jointly ask the Court's leave to file a further joint status report on or before April 18, 2025.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD

        Trial Attorney (N.Y. Bar No. 5163498)
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, NW
        Washington, DC 20530
        James.Bickford@usdoj.gov
        Telephone: (202) 305-7632
        Facsimile: (202) 616-8470

*Counsel for Defendant*

        and

s/Kelly B. McClanahan
KELLY B. MCCLANAHAN
D.C. Bar No. 984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
Tel.: (501) 301-4672
Fax: 240-681-2189
E-mail: kel@nationalsecuritylaw.org

*Attorney for Plaintiff*

Date: March 7, 2025