# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MUCKROCK, LLC**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 14-cv-997 (JMC) |
| **CENTRAL INTELLIGENCE AGENCY**, | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

The Central Intelligence Agency ("CIA") and MuckRock, LLC, jointly submit this status report. As explained in prior reports, the parties have narrowed the dispute in this Freedom of Information Act case to approximately 150 documents withheld in full, which the CIA agreed to reprocess in order to assess whether the exemptions applied are currently accurate and whether the information withheld under Exemption 1 is currently and properly classified. The CIA has completed its review and sent a direct response to Plaintiff, partially releasing two documents, and referring four documents to other government agencies for their review. One of those referring agencies has now completed its review and made a direct response to Plaintiff.

After Muckrock, LLC has had an opportunity to receive and review the recent productions, the parties will meet and confer about the schedule for further proceedings in this case. The parties ask the Court's leave to file a further joint status report on or before August 29, 2025.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*

and

s/Kelly B. McClanahan
KELLY B. MCCLANAHAN
D.C. Bar No. 984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
Tel.: (501) 301-4672
Fax: 240-681-2189
E-mail: kel@nationalsecuritylaw.org

*Attorney for Plaintiff*

Date: June 20, 2025