# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MUCKROCK, LLC,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**CENTRAL INTELLIGENCE AGENCY,** )<br>)<br>Defendant. )<br>) | Case No. 14-cv-997 (JMC) |

## JOINT STATUS REPORT

The Central Intelligence Agency ("CIA") and MuckRock, LLC, jointly submit this status report.  As explained in prior reports, the parties have narrowed the dispute in this Freedom of Information Act case to approximately 150 documents withheld in full, which the CIA agreed to reprocess in order to assess whether the exemptions applied are currently accurate and whether the information withheld under Exemption 1 is currently and properly classified.  The CIA has completed its review and sent a direct response to Plaintiff, partially releasing two documents, and referring four documents to other government agencies for their review.  Two of those referring agencies previously completed their reviews and made direct responses to Plaintiff.  A third referring agency recently completed its review, and the CIA is evaluating the agency's response.

In accordance with the Court's minute order of June 20, 2025, the parties will file a further joint status report on or before June 9, 2026.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

- 2 -

        ELIZABETH J. SHAPIRO
        Deputy Director
        Federal Programs Branch

        */s/ James Bickford*
        JAMES BICKFORD
        Trial Attorney (N.Y. Bar No. 5163498)
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street, NW
        Washington, DC 20530
        James.Bickford@usdoj.gov
        Telephone: (202) 305-7632
        Facsimile: (202) 616-8470

        *Counsel for Defendant*

            and

        s/Kelly B. McClanahan
        KELLY B. MCCLANAHAN
        D.C. Bar No. 984704
        National Security Counselors
        1451 Rockville Pike
        Suite 250
        Rockville, MD  20852
        Tel.: (501) 301-4672
        Fax: 240-681-2189
        E-mail: kel@nationalsecuritylaw.org

        *Attorney for Plaintiff*

Date: March 11, 2025