**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

MUCKROCK, LLC,                                     )
                                                   )
      Plaintiff,                             )
                                                   )
v.                                                 )         Case No. 14-cv-997 (JMC)
                                                   )
CENTRAL INTELLIGENCE AGENCY,                       )
                                                   )
      Defendant.                             )
                                                   )

**JOINT STATUS REPORT**

The Central Intelligence Agency ("CIA") and MuckRock, LLC, jointly submit this status report.  As explained in prior reports, the parties have narrowed the dispute in this Freedom of Information Act case to approximately 150 documents withheld in full, which the CIA agreed to reprocess in order to assess whether the exemptions applied are currently accurate and whether the information withheld under Exemption 1 is currently and properly classified.  The CIA has completed its review and sent a direct response to Plaintiff, partially releasing two documents, and referring four documents to other government agencies for their review.  Those agencies have completed their reviews and made direct responses to Plaintiff regarding two of the four referred documents.  The CIA is now processing the other two referred documents for release to Plaintiff.

In accordance with the Court's minute order of June 20, 2025, the parties will file a further joint status report on or before September 8, 2026.


Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*

and

s/Kelly B. McClanahan
KELLY B. MCCLANAHAN
D.C. Bar No. 984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
Tel.: (501) 301-4672
Fax: 240-681-2189
E-mail: kel@nationalsecuritylaw.org

*Attorney for Plaintiff*

Date: June 9, 2026